JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES ANTHONY MANALISAY,<br>Plaintiff,<br>v.<br>DEPT. OF MOTOR VEHICLE ET AL,<br>Defendants. | No. 8:25-cv-01594-CAS-DFM<br>**JUDGMENT** |

Pursuant to 28 U.S.C. § 636(b)(1)(C) and Federal Rule of Civil Procedure 72(b), the Court has reviewed the records and files herein, the Report and Recommendation of the United States Magistrate Judge (Dkt. 75), and Plaintiff's objections thereto (Dkts. 88, 116). After having made a de novo determination of the portions of the Report and Recommendation to which Plaintiff's objections were directed, the Court accepts the report, findings, and recommendations of the Magistrate Judge.

///

///

**ACCORDINGLY, IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation is **ACCEPTED**.
2. The Motions to Dismiss (Dkts. 33, 36, 39, 61) are **GRANTED**.
3. The First Amended Complaint is **DISMISSED with prejudice and without leave to amend**.
4. Pursuant to Federal Rule of Civil Procedure 55(c), the Clerk's entry of default against the DMV and the State of California (Dkt. 101) is **SET ASIDE**.
5. All pending motions (including Plaintiff's motion for a preliminary injunction, Dkt. 117) are **DENIED as moot**.
6. No further filings will be entertained in this closed case absent leave of the Court.

IT IS SO ORDERED.

Date: August 18, 2026

Christina A. Snyder

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE